IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr418-MHT |
| | ) | (WO) |
| JOHN A. MacLENNAN | ) | |

## ORDER

Upon consideration of defendant John A. MacLennan's motion for early release from the pretrial diversion program (doc. no. 27), which the government and the probation department do not oppose, and based on the defendant MacLennan's successful completion of all terms and conditions of the program, it is ORDERED as follows:

(1) The motion is granted.

(2) Defendant John A. MacLennan is released from the pretrial diversion program.

DONE, this the 24th day of May, 2019.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE