**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:18cr418-MHT** |
| | ) | **(WO)** |
| **JOHN A. MacLENNAN** | ) | |

**ORDER DISMISSING INDICTMENT WITH PREJUDICE**

Upon consideration of the government's motion to dismiss the indictment with prejudice based on the defendant John A. MacLennan's successful completion of pretrial diversion (doc. no. 28), it is ORDERED and ADJUDGED as follows:

(1) The motion to dismiss is granted.

(2) The indictment (doc. no. 1) is dismissed with prejudice.

(3) Defendant John A. MacLennan is discharged.

DONE, this the 24th day of May, 2019.

                                                    /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**